\*\*E-filed 4/23/07\*\*

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Respondents
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12  TATYANA ROMENSKAYA,                )
                                       )
13              Petitioner,            )   Case No. 07-1042 JF
                                       )
14        v.                           )
                                       )
15  DAVID STILL, District Director, U.S. Department )   **STIPULATION TO DISMISS AND**
    of Homeland Security, Bureau of Citizenship and )   **[PROPOSED] ORDER**
16  Immigration Services, San Francisco District;   )
    EMILIO T. GONZALEZ, Director, U.S.              )
17  Department of Homeland Security, Bureau of      )
    Citizenship and Immigration Services;           )
18  MICHAEL CHERTOFF, U.S. Secretary of             )
    Homeland Security,                              )
19                                                  )
                Respondents.                        )
20  _____ )

21      Petitioner, by and through her attorneys of record, and Respondents, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23  entitled action without prejudice in light of the fact that the United States Citizenship and

24  Immigration Services is now prepared to adjudicate petitioner's application for naturalization and

25  agrees to adjudicate such application within 30 days of the dismissal of this action.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stip. to Dismiss
C 07-1042 JF

| | |
|---|---|
| 1  Date: April 18, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 4 | |
| 5 | /s/ |
| 6 | EDWARD A. OLSEN |
|   | Assistant United States Attorney |
|   | Attorneys for Respondents |

Date: April ____, 2007

*All fax signature*
MAHESH BAJORIA
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/20/07

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C 07-1042 JF

1  Date: April __, 2007                  Respectfully submitted,

2                                         SCOTT N. SCHOOLS
                                          United States Attorney
3

4                                         _____
                                          EDWARD A. OLSEN
5                                         Assistant United States Attorney
                                          Attorneys for Respondents
6

7                                         [signature]

8                                         _____
9  Date: April 18, 2007                   MAHESH BAJORIA
                                          Attorney for Petitioner
10

11                              **ORDER**

12     Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:                                 _____
                                          JEREMY FOGEL
15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C 07-1042 JF                        2